**Motion Granted; Opinion filed May 30, 2013, Withdrawn, Appeal Reinstated and Order filed July 5, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00306-CR
_____

**DALE RYMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1313686**

## ORDER

On May 30, 2013, this Court issued an opinion dismissing this appeal. On June 6, 2013, appellant filed a motion for rehearing. The motion is granted.

This Court's opinion filed May 30, 2013, is withdrawn, our judgment of that date is vacated and our mandate issued May 31 2013, is recalled. The appeal is ordered reinstated.

PER CURIAM